```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: **TRENTON**

JUDGE MICHAEL A. SHIPP                        Date: October 2, 2013

Court Reporter: CATHY FORD

TITLE OF CASE:                                CIVIL **12-7640**
**DIEBOLD, INC.**


vs.

**CONTENT EXTRACTION AND TRANSMISSION,
LLC., et. al.**


**APPEARANCES:**
Roy H. Wepner, Esq for Plaintiff
Arnold I. Rady, Esq for Plaintiff
Brian Hill, Esq for Plaintiff
Jean-Marc Zimmerman, Esq for Defendant
Anatoly S. Weiser, Esq for Defendant
Joseph Casello, Esq for Defendant

NATURE OF PROCEEDINGS: **Motions Hearing**

Hearing on Motion to Dismiss (#40) by defendants Catherine Elias, Mitchell Medina, Jean-Marc Zimmerman
Decision reserved. Order to be entered.


Hearing on Motion to Dismiss (#41) by defendant Content Extraction and Transmission, LLC.
Decision reserved. Order to be entered.


TIME COMMENCED:11:15 AM                       s/Nativelis Rodriguez
TIME ADJOURNED:12:20 PM                       **Deputy Clerk**
TOTAL TIME: 1hr and 5min